



INDEX NO.: 07 CIV 8424

# AFFIDAVIT OF SERVICE

ROSA ESTRADA,

                              Plaintiff,

-against-

UNITED STATES OF AMERICA,

                              Defendant,

**STATE OF NEW YORK, COUNTY OF BRONX**

I, JOAN MONGE, being sworn says: I am not a party to the action, am over 18 years of age and resides in BRONX COUNTY, NEW YORK.

On January 8, 2008, I served the within **SUMMONS AND VERIFIED COMPLAINT.**

X Service
By Mail      by depositing a true copy thereof enclosed in post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, by certified mail return receipt requested addressed to the following person at the last known address set forth after the name:

        United States Attorney's Office
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Attn.: Civil Process Clerk

        Department of Justice
        Room B-103
        950 Pennsylvania Avenue
        Washington, D.C. 20530-0001

        Attached hereto as an exhibit are copies of the certified mail receipts evidencing the foregoing

                                                                    _____
                                                                    Joan Monge

Sworn to before me this 8th day of January, 2008

_____

MARK B. RUBIN
Notary Public, State of New York
No. 02RU4839597
Qualified in Westchester County
Commission Expires January 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ROSA V. ESTRADA

                Plaintiff

-against-                        07CIV 8424

UNITED STATES OF AMERICA

                Defendant
----------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF BRONX SS: The undersigned, being duly sworn, deposes and says; deponent is not a party to the action, is over 18 years of age and resides at 60 Knolls Crescent, Bronx NY 10463
That on October 3, 2007 at 2:00 P.M., at 90 Church Street, New York, New York deponent served the within summons, and complaint on UNITED STATES OF AMERICA defendant therein named,

**INDIVIDUAL 1. ☐** by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2. ☐** a governmental entity, ~~corporation,~~ by delivering thereat a true copy of each to Joanne Lonie personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be in the legal Dpt thereof. and authorized to accept service

**SUITABLE AGE PERSON 3. ☐** by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4. ☐** by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there

**MAILING USE WITH 3 or 4 ☐** Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's last known residence, at and deposited said wrapper in—a post office—official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION USE WITH 1 or 3 ☐** Deponent describes the individual served as follows: ☐ male ☐ female; approximate age: ☐ 14-20, ☐ 21-35, ☐ 36-50, ☐ 51-65, ☐ over 65    approximate height: ☐ under 5', ☐ 5' to 5'3", ☐ 5'4" to 5'8", ☐ 5'9" to 6', ☐ over 6'    approximate weight: ☐ under 100 lbs., ☐ 100 to 130 lbs., ☐ 131 to 160 lbs., ☐ 161 to 200 lbs., ☐ over 200 lbs.    skin color: ☐ black, ☐ brown, ☐ red, ☐ white, ☐ yellow    hair color: ☐ black, ☐ blonde, ☐ brown, ☐ grey, ☐ red, ☐ white, ☐ balding
Other identifying features:

Sworn to before me on October 4, 2007

FREDERICK J. SALANITRO
Notary Public, State Of New York
No. 02SA4936588
Qualified In Westchester County
Commission Expires June 13, 20__

Sidney Rubin
Print name beneath signature