UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ROSA V. ESTRADA

                    Plaintiff,

         -against-                                                07 CIVIL 8424 (NRB)

UNITED STATES of AMERICA
                    Defendant.
-----------------------------------------------------------------x

## NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information
change(s) for: _____ TOMOKO ONOZAWA

☐    *Attorney*

     ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
          TO - 8694

     ☐    I am a Pro Hac Vice attorney

     ☒    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

     From: _____ LOVELLS  LLP

     To:  UNITED STATES ATTORNEY'S OFFICE, SDNY

     ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

     ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my
          appearance was entered on _____ by Judge _____
          _____.

☐    *Address:*  86 CHAMBERS STREET, 3rd FLOOR, NEW YORK, NY
                                                                    10007
☐    *Telephone Number:*  (212) 637-2721

☐    *Fax Number:*  (212) 637-2686

☐    *E-Mail Address:*  Tomoko.onozawa @ usdoj.gov

Dated: March 4, 2008    _____