UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ROSA ESTRADA,

                Plaintiff,      INDEX NO.
                               07Civ.8424 (NRB)(RLE)

    -against-           STIPULATION
                                      DISCONTINUING
                                      ACTION
UNITED STATES OF AMERICA,

                Defendants

------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records for all the parties to the above entitled action that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Bronx, New York
       June 3, 2008

By: _____       _____
MICHAEL J. GARCIA                    MARK B. RUBIN, Esq.
United States Attorney for        Attorney for Plaintiff
the Southern District of New York  Office & P.O. Address
Attorney for Defendant             3413 White Plains Road
Office & P.O. Address              Bronx, New York 10467
86 Chambers Street, 3rd. Floor    (718) 231-1515
New York, New York 10007
(212) 637-2721

Dated: New York, New York
       June 5, 2008

SO ORDERED:

_____
U.S.D.J.   6/9/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08